176 So.2d 145

**J. Norman COON, Administrator of the Succession of William Henry Miller,**

**v.**

**Mrs. Elgin MILLER.**

**No. 47822.**

June 28, 1965.

In re: J. Norman Coon, Administrator of the Succession of William Henry Miller, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 175 So.2d 385.

Writ refused. On the facts found by the Court of Appeal the result is correct.

McCALEB and SANDERS, JJ., are of the opinion that a writ should be granted.

■

176 So.2d 146

**Thurman E. SMITH et al.**

**v.**

**INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY.**

**No. 47818.**

June 28, 1965.

In re: Indiana Lumbermens Mutual Insurance Company applying for certiorari,

or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 175 So.2d 414.

The application is denied. According to the facts of the case as found to be by the Court of Appeal, the result reached by the Court is correct.

■

176 So.2d 146

**Emile BROUILLETTE**

**v.**

**CITY BUILDING SUPPLIES et al.**

**No. 47819.**

June 28, 1965.

In re: City Building Supplies and Great American Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 174 So.2d 658.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.